IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KRISTEN NAPOLEON, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 2:24-cv-93 |
| MCA MERRILLVILLE DELI, INC. and MCA VALPARAISO DELI, INC., | ) |
| Defendants. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Kristen Napoleon, for her Complaint against Defendants, MCA Merrillville Deli, Inc. and MCA Valparaiso Deli, Inc., states the following:

### I. Parties

1. Plaintiff is a resident of Griffith, Indiana.

2. MCA Merrillville Deli, Inc. is an incorporated entity located in Merrillville, Indiana.

3. MCA Valparaiso Deli, Inc. is an incorporated entity located in Valparaiso, Indiana.

### II. Jurisdiction and Venue

4. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

5. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

6. Venue in the Northern District of Indiana, Hammond Division, is appropriate by virtue Defendants doing business in this District.

### III. Factual Allegations

7. Plaintiff was an employee of Defendants.

8. Plaintiff began working for Defendants on October 5, 2020.

9. Defendant agreed to pay Plaintiff on an hourly basis.

10. Defendant agreed to pay Plaintiff on a bi-weekly basis.

11. Plaintiff worked overtime hours for Defendants that she was not paid overtime premiums.

12. Plaintiff worked overtime hours for Defendants that he was not paid for the overtime hours in the correct amount.

13. Defendants did not have a good faith basis for failing to pay Plaintiff her overtime premiums.

14. Defendants did not have a good faith basis for failing to pay Plaintiff her overtime hours in the correct amount.

15. Plaintiff quit her employment with Defendants on November 1, 2024.

### III. Cause of Action

### Count I
### Failure to Pay Overtime Hours and Overtime Premium Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

16. Plaintiff incorporates paragraphs 1 through 15 by reference herein.

17. Plaintiff was an employee of Defendants pursuant to the FLSA.

18. MCA Merrillville Deli, Inc. had gross revenues of at least $500,000.00 for the 2020 calendar year.

19. MCA Merrillville Deli, Inc. had gross revenues of at least $500,000.00 for the 2021 calendar year.

20. MCA Merrillville Deli, Inc. had gross revenues of at least $500,000.00 for the 2022 calendar year.

21. MCA Valparaiso Deli, Inc. had gross revenues of at least $500,000.00 for the 2020 calendar year.

22. MCA Valparaiso Deli, Inc. had gross revenues of at least $500,000.00 for the 2021 calendar year.

23, MCA Valparaiso Deli, Inc. had gross revenues of at least $500,000.00 for the 2022 calendar year.

24. Defendants' violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendants in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Indiana's Minimum Wage Statute
### Alternative Claim

25. Plaintiff incorporates paragraphs 1 through 24 by reference herein.

26. Plaintiff was an employee of Defendants pursuant to Indiana's Minimum Wage Statute.

27. MCA Merrillville Deli, Inc. is an employer pursuant to Indiana's Minimum Wage Statute.

28. MCA Valparaiso Deli, Inc. is an employer pursuant to Indiana's Minimum Wage Statute.

29. Defendants failed to properly pay overtime premiums for all hours over 40 hours in a workweek.

30. Defendants' violations of Indiana's Minimum Wage Statute have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count III
### Wage Payment Statute, I.C. §22-2-9 *et. seq.*

31. Plaintiff incorporates paragraphs 1 through 30 by reference herein.

32. MCA Merrillville Deli, Inc. is an employer pursuant to the Wage Payment Statute.

33. MCA Valparaiso Deli, Inc. is an employer pursuant to the Wage Payment Statute.

44. Defendants failed to pay Plaintiff her wages due and owing in the correct amount.

45. Plaintiff has been damaged by Defendants' violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

    Respectfully Submitted,

    WELDY LAW

    /s/Ronald E. Weldy
    Ronald E. Weldy, #22571-49

### IV.  Jury Demand

46. Plaintiff incorporates paragraphs 1 through 45 by reference herein.

47. Plaintiff demands a trial by jury.

    Respectfully submitted,

    WELDY LAW

    /s/Ronald E. Weldy
    Ronald E. Weldy, #22571-49
    Counsel for Plaintiff,
    Kristen Napoleon

Weldy Law
11268 Governors Lane
Fishers, IN 46037
Tel: (317) 842-6600
E-mail: rweldy@weldylegal.com